IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

DONYA PRIOLEAU,

    Plaintiff,

v.                                                  Civil Action No.  2:22-CV-00534 (EWH)

WALMART INC.,

    Defendant.

**FINAL ORDER**

On January 6, 2023, Plaintiff filed a notice of voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). ECF No. 10. The Court acknowledges this voluntary dismissal and DIRECTS the Clerk to close this case.

It is SO ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

/s/ *[signature]*
Elizabeth W. Hanes
United States District Judge

Norfolk, Virginia
Date: January 13, 2023